# United States Court of Appeals

## For the First Circuit

No. 07-1167

LIU LIE TJONG,

Petitioner,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on November 29, 2007, is amended as follows:

On page one, at the top, insert **"Not For Publication in West's Federal Reporter"**